# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: <br> JOHN P HITCHINGS <br> DIANE L HITCHINGS <br> Debtor(s) | Case No. 10-01994 |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/20/2010.

2) The plan was confirmed on 03/08/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 07/25/2011, 09/10/2012.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 07/30/2012.

5) The case was dismissed on 03/24/2014.

6) Number of months from filing to last payment: 38.

7) Number of months case was pending: 56.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $401.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $3,520.00 |
| Less amount refunded to debtor | $46.77 |
| **NET RECEIPTS:** | **$3,473.23** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $186.77 |
| Other | $44.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$2,730.77** |
| Attorney fees paid and disclosed by debtor: | $0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ADVANCED ORTHOPEDICS | Unsecured | 194.00 | NA | NA | 0.00 | 0.00 |
| ADVANCED PROSTHETICS/ORTHOTI | Unsecured | 127.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN MEDICAL RESPONSE | Unsecured | 828.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN MEDICAL RESPONSE | Unsecured | 93.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN MEDICAL RESPONSE | Unsecured | 92.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN MEDICAL RESPONSE | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| AMITABH SINGH MD | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ANDREW K MENSAH MD | Unsecured | NA | 40.83 | 40.83 | 4.08 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | 139.00 | 139.77 | 139.77 | 13.98 | 0.00 |
| ASSOCIATED CARDIOVASCULAR | Unsecured | 356.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED CARDIOVASCULAR | Unsecured | 230.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED CARDIOVASCULAR | Unsecured | 182.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED CARDIOVASCULAR | Unsecured | 91.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED CARDIOVASCULAR | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 259.00 | NA | NA | 0.00 | 0.00 |
| AT&T CREDIT MANAGEMENT | Unsecured | 26.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA NA | Unsecured | 1,221.58 | 1,221.58 | 1,221.58 | 154.04 | 0.00 |
| CARDIOLOGY DIAGNOSTIC SVC | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| CARDIOVASCULAR PHYSICIANS | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| CASH BOX | Unsecured | 216.00 | NA | NA | 0.00 | 0.00 |
| CASH BOX | Unsecured | 160.00 | NA | NA | 0.00 | 0.00 |
| CENTER FOR SPINE SPORTS REHAB | Unsecured | 64.00 | 63.60 | 63.60 | 6.36 | 0.00 |
| CENTURYLINK | Unsecured | 130.00 | NA | NA | 0.00 | 0.00 |
| CHRISTOPHER M MILFORD MD | Unsecured | NA | 87.33 | 87.33 | 8.73 | 0.00 |
| COMMERCIAL CHECK CONTROL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COX COMMUNICATIONS | Unsecured | 241.00 | NA | NA | 0.00 | 0.00 |
| COX COMMUNICATIONS | Unsecured | 141.00 | NA | NA | 0.00 | 0.00 |
| COX COMMUNICATIONS | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| FREMONT EMERGENCY CENTERS | Unsecured | 58.00 | NA | NA | 0.00 | 0.00 |
| GINNYS | Unsecured | 243.00 | 243.29 | 243.29 | 24.33 | 0.00 |
| HERBERT DOWNS | Unsecured | 6,196.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| HOLLYWOOD VIDEO | Unsecured | 91.00 | NA | NA | 0.00 | 0.00 |
| HOME DEPOT | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| INFINITY AUTO INSURANCE CO | Unsecured | 121.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | NA | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 6,000.00 | 2,544.76 | 2,544.76 | 320.90 | 0.00 |
| KROGER | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| META BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST ANESTHESIS LTD | Unsecured | 3,420.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST ANESTHESIS LTD | Unsecured | 760.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST ANESTHESIS LTD | Unsecured | 475.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST ANESTHESIS LTD | Unsecured | 475.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| OAKLAWN RADIOLOGY IMAGING | Unsecured | 137.00 | NA | NA | 0.00 | 0.00 |
| PALOS EMERGENCY MEDICAL CTR | Unsecured | 467.00 | NA | NA | 0.00 | 0.00 |
| PREMIUM ASSET RECOVERY CORP | Unsecured | NA | 440.00 | 440.00 | 44.00 | 0.00 |
| RADIOLOGY SPECIALISTS | Unsecured | 57.00 | 82.37 | 82.37 | 8.24 | 0.00 |
| RAPID CASH | Unsecured | 259.00 | 259.12 | 259.12 | 25.91 | 0.00 |
| RAPID CASH | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| SEVENTH AVENUE | Unsecured | 84.00 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST GAS CORP | Unsecured | 36.00 | NA | NA | 0.00 | 0.00 |
| SUBURBAN EMERGENCY PHYSICIAN | Unsecured | 460.00 | NA | NA | 0.00 | 0.00 |
| SUNRISE HOSPITAL & MEDICAL CTR | Unsecured | 2,558.00 | NA | NA | 0.00 | 0.00 |
| SUNRISE HOSPITAL & MEDICAL CTR | Unsecured | 79.00 | NA | NA | 0.00 | 0.00 |
| THE SWISS COLONY | Unsecured | 196.00 | 196.96 | 196.96 | 19.70 | 0.00 |
| T-MOBILE/T-MOBILE USA INC | Unsecured | NA | 148.55 | 148.55 | 14.86 | 0.00 |
| WELLS FARO BANK | Unsecured | NA | 771.84 | 771.84 | 97.33 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$6,240.00** | **$742.46** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $2,730.77 |
| Disbursements to Creditors | $742.46 |
| **TOTAL DISBURSEMENTS** : | **$3,473.23** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 10/02/2014                              By: /s/ Tom Vaughn
                                                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**